No. 676. GIBRALTAR INDUSTRIES, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *H. Raymond Cluster* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 677. MCCORMICK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.* and *Anna R. Lavin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 679. WASHINGTON TOLL BRIDGE AUTHORITY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John J. O'Connell,* Attorney General of Washington, and *John W. Riley,* Special Assistant Attorney General, for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 682. NEALE *v.* KINNEY ET AL., Co-EXECUTORS. Supreme Court of Illinois. Certiorari denied. *Louis G. Davidson, William C. Wines* and *Lowell L. Dryden* for petitioner. *Thomas C. McConnell* for respondents.

No. 683. SAVON GAS STATIONS NUMBER SIX, INC., ET AL. *v.* SHELL OIL CO. C. A. 4th Cir. Certiorari denied. *Lawrence I. Weisman* for petitioners. *William Simon* and *John Bodner, Jr.* for respondent.

No. 691. MANCINI *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.